FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No: 1:13MJ 476 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| SHAWNA M. SIMMONS, | ) | Court Date: August 12, 2013 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor – 3565028)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 22, 2013, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHAWNA M. SIMMONS, did unlawfully drive, or operate, a motor vehicle while license, permit or privilege to drive was suspended or revoked.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-301, 1950, as amended)

(COUNT II - Class C Misdemeanor -3565029)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 22, 2013, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHAWNA M. SIMMONS, did unlawfully drive, or operate, an uninsured motor vehicle.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-707, 1958, as amended)

(COUNT III - Class B Misdemeanor -3565030)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 22, 2013, at Marine Corps Base Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, SHAWNA M. SIMMONS, did unlawfully drive, or operate, a motor vehicle with expired registration.

(Violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 46.2-613, 1950, as amended)

Respectfully Submitted,

Neil H. MacBride
United States Attorney

Jeffrey M. Tharp
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed on this ___6th___ day of August, 2013 to:

Shawna M. Simmons
18321 Williams Rd
Triangle, VA 22172

By: _____
Jeffrey M. Tharp
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3834
Fax: (703) 299-3980
Jeffrey.Tharp@usdoj.gov